UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
In re:

Index No. 15-71374 (AST)

MICHELLE SPADAVECCHIA
aka Michelle Depinto,

Chapter 7

Debtor.
---------------------------------------------------------- X

**ORDER REOPENING BANKRUPTCY CASE, AVOIDING JUDICIAL LIENS, AND CLOSING BANKRUPTCY CASE**

**UPON** the motion (the "Motion") of Michelle Spadavecchia (the "Debtor"), the above-referenced debtor, by and through his counsel, Macco & Stern, LLP, for an order (i) reopening the Debtor's bankruptcy case; (ii) avoiding judicial liens against the Debtor's interest in the real property located at, and known as, 17 Park Circle, Nesconset, NY 11767 (the "Real Property"); and (iii) closing the Debtor's bankruptcy case; and notice of the Motion being good and sufficient, and no further notice being necessary nor required; and no objections to the Motion having been filed or received; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Debtor's bankruptcy case, assigned index number 15-71374 (AST), is reopened; and it is further

**ORDERED**, that upon the entry of a discharge order, the following judicial liens are vacated, expunged, and avoided as a lien of record against the Real Property:

1. Midland Funding LLC dba in New York as Midland Funding of Delaware LLC a/s/i/t to a Chase Account recorded with the Suffolk County Clerk on January 6, 2011 in the amount of $4,773.79;

2. Petro Inc. recorded with the Suffolk County Clerk on March 25, 2010 in the amount of $2,432.63;

3. Citibank South Dakota N.A. recorded with the Suffolk County Clerk on May 11, 2011 in the amount of $2,950.82;

4. LVNV Funding LLC recorded with the Suffolk County Clerk on October 4, 2011 in the amount of $2,918.91;

5. Advantage Assets II Inc. recorded with the Suffolk County Clerk on May 18, 2011 in the amount of $2,600.64; and it is further

**ORDERED**, that upon the entry of a discharge order, the Suffolk County Clerk shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging, and avoiding the aforementioned judicial liens as liens against the Debtor's real property located at, and known as, 17 Park Circle, Nesconset, New York 11767; and it is further

**ORDERED**, that the Clerk of the Bankruptcy Court is directed to close the Debtor's bankruptcy case, assigned index number 15-71374 (AST).




**Dated: August 29, 2018**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**